THE PEOPLE OF THE STATE OF NEW YORK ex rel. LUCIE C. FLANIGAN, Respondent, v. MARGUERITE F. TINKER, etc., and ELISE A. MILLER, etc., Appellants.— The parties having stipulated in writing that this case may be decided by a court of four justices, the decision is as follows: Order sustaining writ of habeas corpus affirmed, without costs. No opinion. Rich, Young, Kapper and Hagarty, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GROVER SEIFERT, Relator, v. GEORGE V. McLAUGHLIN, as Police Commissioner of the Police Department of the City of New York, Respondent.— Determination of police commissioner unanimously confirmed and proceeding dismissed, with fifty dollars costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ.

ANTOINETTE K. REMER, Respondent, v. HUGH J. SHEERAN, as Receiver of NEW YORK RAILWAYS COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Young, Kapper, Lazansky, Seeger and Carswell, JJ.

CARRIE ROSENBERG, Appellant, v. MADELINE FLYNN and Another, Respondents.— Order denying plaintiff's motion to continue temporary injunction affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ., concur.

LEO ROSOF, WILLIAM ROSOF and CAPITOL SHIRT CO., INC., Respondents, v. NATHAN MORELL and BARRY MORELL, Copartners, etc., Appellants.— Interlocutory judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Seeger, JJ.

BERTHA SCHIERMER, etc., Respondent, v. F. ROEBLING GEYSER, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Young, Rich, Kapper, Lazansky and Hagarty, JJ.

MARY SHERY, an Infant, by JOSEPH SHERY, Her Guardian ad Litem, Appellant, v. SIDNEY BLUMENTHAL, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.